| SDNY CJA 23 (Rev. 3/20) | **FINANCIAL AFFIDAVIT** |
|---|---|
| | IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT, OR OTHER SERVICES WITHOUT PAYMENT OF FEE |

IN THE UNITED STATES ☒ DISTRICT COURT ☐ COURT OF APPEALS ☐ OTHER (Specify below)

IN THE CASE OF: U.S.A. v. CRISLER

FOR: SDNY
AT: WP

LOCATION NUMBER:

**PERSON REPRESENTED** (Show your full name)
JARRETT CRISLER, JR.

1 ☒ Defendant - Adult
2 ☐ Defendant - Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Supervised Release Violator
5 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other (Specify)

DOCKET NUMBERS
Magistrate Judge:
District Court:
Court of Appeals:

**CHARGE/OFFENSE** (describe if applicable & check box →)
18 USC 922 (a)(1)(A)
☒ Felony
☐ Misdemeanor

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**INCOME & ASSETS**

**EMPLOYMENT**
Are you now employed? ☐ Yes ☒ No ☐ Self-Employed
Name and address of employer: _____
IF YES, how much do you earn per month? $ _____
IF NO, give month and year of last employment? 04/2020
How much did you earn per month? $ 2,800.00
If married, is your spouse employed? ☐ Yes ☐ No
IF YES, how much does your spouse earn per month? $ _____
If you are a minor under age 21, what is the approximate monthly income of your parent(s) or guardian(s)? $ _____

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☒ Yes ☐ No
IF YES, give the amount received and identify the sources:
RECEIVED: $ 1,100.00 — SOURCES: UNEMPLOYMENT BENEFIT PER MONTH
$ 100.00 — FOOD STAMPS VALUE PER MONTH

**CASH**
Do you have any cash on hand or money in savings or checking accounts? ☒ Yes ☐ No IF YES, total amount? $ 500.00

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☒ No
IF YES, give value and description for each.

**OBLIGATIONS & DEBTS**

**DEPENDENTS**
MARITAL STATUS: ✓ Single
Total No. of Dependents: 4
List persons you actually support and your relationship to them:
JAYCEON - 3 YRS OLD
JESSIAH - 2 YRS OLD
JEREMI - 1 YR OLD
SELF

**DEBTS & MONTHLY BILLS** (Rent, utilities, loans, charge accounts, etc.)

| DESCRIPTION | TOTAL DEBT | MONTHLY PAYMENT |
|---|---|---|
| RENT | $ | $ 500.00 |
| AUTO LEASE | $ | $ 450.00 |
| UTILITIES | $ | $ 250.00 |

I certify under penalty of perjury that the foregoing is true and correct.

/s/ Jarrett Crisler, Jr. by JCM with permission
SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED)

Date: 12/11/2020

DOMENICK J. PORCO
FD/CJA/RET. ATTORNEY (PRINT)

SHIVA H. LOGARAJAH
ASSISTANT UNITED STATES ATTORNEY (PRINT)

☒ APPROVED  ☐ DENIED

Judith C. McCarthy
SIGNATURE OF JUDICIAL OFFICER

DATE: 12/11/2020