

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*United States Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

February 10, 2021

**BY ECF AND E-MAIL**
The Honorable Andrew E. Krause
United States Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

    Re:    *United States v. Dwight Reid*, S3 20 Cr. 626 (PMH)

Dear Judge Krause:

    The Government writes to respectfully request that the Court unseal the above-referenced superseding indictment, as we have been advised that the new-arrestee defendant, Donavan Gillard, a/k/a "Donnie Love," is in custody.

        Respectfully submitted,

        AUDREY STRAUSS
        United States Attorney

    By:    /s/ David R. Felton
             Shiva H. Logarajah/Jacob Warren/
             David R. Felton/Adam Hobson
             Assistant United States Attorneys
             (914) 993-1903/(212) 637-1029/
             (914) 993-1908/(212) 637-2484