UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

-v-

JARRETT CRISLER, JR,

                      Defendant(s).

-----------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEOCONFERENCE**

20 -CR- 626 (PMH) ( )

Defendant __JARRETT CRISLER, JR__ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

___ Initial Appearance/Appointment of Counsel

_X_ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Preliminary Hearing on Felony Complaint

___ Bail/Revocation/Detention Hearing

___ Status and/or Scheduling Conference

___ Misdemeanor Plea/Trial/Sentence

/s/ Jarrett Crisler by JCM on consent
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

JARRETT CRISLER JR.
Print Defendant's Name

Defense Counsel's Signature

DOMENICK J. PORCO
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

3/23/2021
Date

Judith C. McCarthy
U.S. District Judge/U.S. Magistrate Judge