

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York*

April 26, 2021

**BY ECF**

The Honorable Philip M. Halpern
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

    Re:    *United States v. Dwight Reid*, *et al.*, 20 Cr. 626 (PMH)

Dear Judge Halpern:

In light of the ongoing production and review of discovery, [the Government] requests, with the consent of all defendants, that the Court (1) adjourn the status conference currently scheduled for May 3, 2021, and (2) exclude [time under the Speedy] Trial Act until the date of the rescheduled status conference. Such [exclusion is in the] interest of justice to allow the parties time to continue producing and reviewing discovery, contemplating any motions, and discussing possible pre-trial dispositions. *See* 18 U.S.C. § 3161(h)(7)(A).

> Application granted. The status conference currently scheduled for May 3, 2021 is adjourned to August 2, 2021, with appearances as follows: Defendants Erskine, Luster, Thomas, Austin, Nieves, and Sligh at 10:30 a.m.; Defendants Walker, Senior, Soto, Washington, Woods, and Hugh at 11:30 a.m.; Defendants Ingram, Outlaw, Santos, Thornton, and Trent at 12:30 p.m. The Government is directed to file a proposed Speedy Trial Act exclusion order for the Court's consideration.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
>        April 26, 2021

Respectfully submitted,

AUDREY STRAUSS
United States Attorney for the
Southern District of New York

By:    /s/ David R. Felton
        Shiva H. Logarajah
        Jacob Warren
        David R. Felton
        Adam Hobson
        Assistant United States Attorneys
        Tel:  914-993-1918
             212-637-2264
             914-993-1908
             212-637-2484

cc:    All Counsel (via ECF)