LAW OFFICES OF
**DONNA R. NEWMAN**
ATTORNEY AT LAW
20 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10007
TEL. 212-229-1516
FAX 212-676-7497
DONNANEWMANLAW@AOL.COM
MEMBER: N.Y. & N.J. BAR

July 25, 2021

Via ECF
The Honorable Philip M. Halpern
United States District Court Judge
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

> Application granted. In light of the fact that Mr. Crisler is now represented by a private attorney, the Clerk of the Court is respectfully directed to (1) terminate Ms. Newman's appearance on the docket; and (2) terminate the motion sequence pending at Doc. 197.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
>        July 26, 2021

Re: *United States v. Jarrett Crisler, Jr.*
    20cr 626(PMH)

Dear Judge Halpern:

      I was appointed under the Criminal Justice Act to represent Mr. Crisler in the above referenced matter on June 8, 2021. I was informed on June 29, 2021 that Mr. Crisler's family retained Jaime Santana, Jr., Esq. to represent Mr. Crisler. Mr. Santana entered his appearance on June 29, 2021. I await the Court to officially relieve me. I note there is a conference scheduled for August 2, 2021-although there is no exact time indicated for Mr. Crisler's appearance. See. Doc. No. 174. If the Court requires my appearance to be relieved, I would respectfully request that I be permitted to appear by telephone so that I would be able to appear in another matter scheduled in the Eastern District of New York.

Respectfully submitted,
    /s/
Donna R. Newman
Cc: All counsel via ECF