**U.S. Department of Justice**

> Application granted. The status conference currently scheduled for August 2, 2021 is adjourned to November 17, 2021, with appearances as follows: Defendants Erskine, Luster, Thomas, Austin, Nieves, and Sligh at 10:30 a.m.; Defendants Walker, Senior, Soto, Washington, Woods, and Hugh at 11:30 a.m.; Defendants Ingram, Outlaw, Santos, Thornton, and Trent at 12:30 p.m. A Speedy Trial Act order will be docketed separately.
>
> The Clerk of the Court is respectfully directed to terminate the motion sequence at Doc. 199.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
>         April 27, 2021

**BY ECF**

The Honorable Philip M. Halpern
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re:  *United States v. Dwight Reid, et al.*, S3 20 Cr. 626 (PMH)

Dear Judge Halpern:

      The Government respectfully requests, with the consent of all defendants, that the Court (1) adjourn for approximately 60 days the status conference currently scheduled for August 2, 2021, and (2) exclude time under the Speedy Trial Act until the date of the rescheduled status conference. The Government has engaged most of the defendants in this matter in pre-trial resolution discussions and many of those discussions remain ongoing. The Government has produced the majority of Rule 16 discovery in the Government's possession and will continue to make productions on a rolling basis. In addition, at the next scheduled appearance, the Government intends to seek a motion schedule.

Case 7-20-cr-00626-PMH Document 202 Filed 07/27/21 Page 2 of 2
Case 7-20-cr-00626-PMH Document 199 Filed in NYSD on 07/26/2021 Page 2 of 2

Page 2

An exclusion of time under the Speedy Trial Act would be in the interest of justice to allow the parties time to (1) continue to produce and review discovery, (2) contemplate any motions, and (3) discuss possible pre-trial dispositions. *See* 18 U.S.C. § 3161(h)(7)(A). A proposed Order is attached to this letter.

                    Respectfully submitted,

                    AUDREY STRAUSS
                    United States Attorney for the
                    Southern District of New York

By:   /s_____
      Shiva H. Logarajah
      David R. Felton
      Courtney Heavey
      Assistant United States Attorneys
      Tel: 914-993-1918
            212-637-2299
            212-637-2413

cc:     All Counsel (via ECF)