# *Law Offices of*
# *Daniel A. Hochheiser*

Attorney At Law
2 Overhill Road, Suite 400
Scarsdale, New York 10583
dah@hochheiser.com
(646) 863-4246

August 11, 2021

Via ECF
Hon. Philip M. Halpern
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

> Application granted.
>
> SO ORDERED.
>
> /s/ Philip M. Halpern
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
>         August 13, 2021

Re:   USA v. Brandon Nieves, 20 CR 626 PMH
      **REQUEST PERMISSION TO FILE INTERIM VOUCHERS**

Your Honor:

    I am assigned counsel to Brandon Nieves and request permission to file interim vouchers in this case. Please endorse this letter motion to permit me, as CJA counsel, to file interim vouchers.

                                                Respectfully submitted,

                                                Daniel A. Hochheiser

Cc: All counsel via ECF