UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA          :
                                  :
v.                                :     **RESCHEDULING ORDER**
                                  :
**Dwight Reid, et al**            :     20 CR 626 (PMH)
                    Defendants.   :
                                  :
------------------------------------------------------------x

The conference currently scheduled for 1:00pm on November 17, 2021 has been rescheduled for 3:00pm. At that time, the following defendants are scheduled to appear by telephone:

**3:00pm:** USA v. Ahmed Walker - **Status conference**
USA v. Dezon Washington - **Status conference**
USA v. Robert Woods - **Status conference**
USA v. Isaiah Santos - **Status conference**

**Members of the press and public may call the same number below but will not be permitted to speak during the conference.**

Accordingly, it is hereby ORDERED:

1. Defense counsel shall advise the Court in writing by 11/16/21 as to whether their clients waive their right to be physically present and consent to appear by telephone.

2. At the time of the scheduled hearing, all counsel and defendants shall attend by calling the following number and entering the access code when requested:

**Dial-In Number**:    **(888) 398-2342**
**Access Code:**       **3456831**

Dated: November 15, 2021               SO ORDERED:

_____
Philip M. Halpern, U.S.D.J