**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

> Application granted. An order excluding time under Speedy Trial Act through June 6, 2022 will be docketed separately.
>
> The Clerk of the Court is respectfully directed to terminate the motion sequence at Doc. 341.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
> February 3, 2022

**BY ECF**

The Honorable Philip M. Halpern
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

    Re:   *United States v. Dwight Reid, et al.*, S6 20 Cr. 626 (PMH)

Dear Judge Halpern:

    The Government respectfully submits the attached proposed Speedy Trial Exclusion Order per the Court's January 31, 2022 order. (Dkt. No. 339). As set forth in defendant Caswell Senior's letter motion on behalf of all defendants, more time is needed to review discovery and file motions. (Dkt. No. 338). Thus, the Government would respectfully request that time be excluded until the new date set by the Court for the filing of reply briefs: June 6, 2022. The Government submits that an exclusion, based on the foregoing reasons, is in the interests of justice. *See* 18 U.S.C. § 3161(h)(7)(A). Counsel for the remaining defendants agree to the exclusion of time.

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney for the
    Southern District of New York

By:  /s_____
    Shiva H. Logarajah
    David R. Felton
    Courtney Heavey
    Assistant United States Attorneys
    Tel: 914-993-1918
         212-637-2299
         212-637-2413

cc:    All Counsel (via ECF)