UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA

v.

**Jarrett Crisler, Jr.,**
               Defendant.

------------------------------------------------------------x

**RESCHEDULING ORDER**

7-20-cr-00626-PMH

    Sentencing in this matter is rescheduled to September 30, 2022 at 9:30 a.m. in Courtroom 520 at the White Plains Courthouse.

    It is the responsibility of the Government to have the Defendant produced at the time of sentencing.

**SO ORDERED:**

Dated: White Plains, New York
       September 1, 2022

_____
Philip M. Halpern
United States District Judge