Jan 21, 2023

Jarrett Crisler

## Request For Appointment Of Counsel

United States District Court
Southern District Of New York

United States of America

vs

Jarrett Crisler, Jr

Docket #: 7:20-CR-00626
Hon. Philip M. Halpern
U.S. District Judge

I, Jarrett Crisler writes to re-request a attorney to be appointed to my apellate case. I requested a lawyer October 5, 2022; the request was recieved but [as] of January a response. I [write] in hopes I can [be] appointed appe[llate counsel]. [Thank] you[r] time.

Jarrett Crisler Jr
Defendant X [signature]

---

Application denied. Once an appeal to the Circuit is filed, this Court no longer has jurisdiction of the matter. Defendant is, accordingly, referred to the Second Circuit to make his request for the appointment of appellate counsel.

The Clerk of Court is respectfully requested to mail a copy of this Order to Defendant at the address noted on his correspondence: Jarrett Crisler #19646-509, FCI Ashland, Federal Correctional Institution, PO Box 6001, Ashland, KY 41105.

SO ORDERED.

_____
Philip M. Halpern
United States District Judge

Dated: White Plains, New York
February 9, 2023